UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:22-cv-24195-FAM

Prepared Food Photos, Inc.

    Plaintiff,

v.

Original Big Tomato, LLC et al

    Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Andrew G. Fiorella of the law firm of Benesch Friedlander Coplan and Aronoff LLP, 200 Public Square, Suite 2300, Cleveland, Ohio 44114 (216) 363-4453 for purposes of appearance as co-counsel on behalf of MyPizza Technologies, Inc. d/b/a Slice in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Andrew G. Fiorella to receive electronic filings in this case, and in support thereof states as follows:

    1.    Andrew G. Fiorella is not admitted to practice in the Southern District of Florida and is a member in good standing of the Supreme Court of Ohio and United States District Court for the Northern District of Ohio.

    2.    Movant, Matthew J. Langley, Esquire, of the law firm of Benesch Friedlander Coplan and Aronoff LLP, 71 South Wacker Drive, Suite 1600, Chicago, Illinois 60606 (312) 624-6408 is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings

20794174 v1

shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

   3.  In accordance with the local rules of this Court, Andrew G. Fiorella has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

   4.  Andrew G. Fiorella, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Andrew G. Fiorella at email address: afiorella@beneschlaw.com.

   WHEREFORE, Matthew J. Langley, moves this Court to enter an Order Andrew G. Fiorella, to appear before this Court on behalf of MyPizza Technologies, Inc. d/b/a Slice, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Andrew G. Fiorella.

Date: February 23, 2023   Respectfully submitted,

             /s/ Matthew J. Langley
             Matthew J. Langley
             Fla Bar ID #97331
             mlangleybeneschlaw.com
             Benesch Friedlander Coplan and Aronoff LLP
             71 South Wacker Drive, Suite 1600
             Chicago, Illinois 60606
             (312) 624-6408
             Attorneys for MyPizza Technologies, Inc. d/b/a Slice

20794174 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:22-cv-24195-FAM

Prepared Food Photos, Inc.
    Plaintiff,

v.

Original Big Tomato, LLC et al
    Defendant.

_____/

**<u>CERTIFICATION OF ANDREW G. FIORELLA</u>**

    Andrew G. Fiorella, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of Supreme Court of Ohio and United States District Court for the Northern District of Ohio; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

    /s/ Andrew G. Fiorella
    Andrew G. Fiorella

20794174 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:22-cv-24195-FAM

Prepared Food Photos, Inc.

    Plaintiff,

v.

Original Big Tomato, LLC et al

    Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Andrew G. Fiorella, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Andrew G. Fiorella, may appear and participate in this action on behalf of MyPizza Technologies, Inc. d/b/a Slice. The Clerk shall provide electronic notification of all electronic filings to Andrew G. Fiorella, at afiorella@beneschlaw.com.

DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record

20794174 v1