IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-24195-FAM

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

     Plaintiff,

v.

ORIGINAL BIG TOMATO, LLC and
MYPIZZA TECHNOLOGIES, INC. d/b/a
SLICE,

     Defendant.

_____

**PLAINTIFF'S CERTIFICATE OF INTERESTED
PARTIES AND RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") hereby provides the following information:

1.     **For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:** There is no parent corporation or publicly held corporation that owns 10% or more of Plaintiff's stock.

2.     **A complete list of all persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case:**

A.  Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc.

B.  Original Big Tomato, LLC

C.  MyPizza Technologies, Inc. d/b/a Slice

D.  Copycat Legal PLLC

E.  Daniel DeSouza, Esq.

F.  James D'Loughy, Esq.

G.  Lauren Hausman, Esq.

Dated: February 14, 2023.                     COPYCAT LEGAL PLLC
                                              3111 N. University Drive
                                              Suite 301
                                              Coral Springs, FL 33065
                                              Telephone:  (877) 437-6228
                                              james@copycatlegal.com
                                              dan@copycatlegal.com
                                              lauren@copycatlegal.com

                                              By: /s/ James D'Loughy_____
                                                    James D'Loughy, Esq.
                                                    Florida Bar No.: 0052700
                                                    Daniel DeSouza, Esq.
                                                    Florida Bar No.:  19291
                                                    Lauren M. Hausman, Esq.
                                                    Florida Bar No.: 1035947

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2023, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ James D'Loughy___

James D'Loughy, Esq.